UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KELLY M. MARSH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OLIVE GARDEN,<br><br>　　　　Defendant. | Case No: C 10-0324 SBA<br><br>**ORDER TRANSFERRING ACTION** |

　　　Plaintiff, Kelly Marsh, filed the instant pro se employment discrimination action against her former employer, the Olive Garden, on January 22, 2010. The acts complained of occurred in Tracy, California, which is located in the Eastern District of California. It also appears that neither Plaintiff nor Defendant reside in this District. Venue, therefore, more appropriately lies in the Eastern District of California. See 28 U.S.C. § 1391(b).

　　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this District.

　　　IT IS SO ORDERED.

Dated: February 5, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KELLY M MARSH,

    Plaintiff,

 v.

OLIVE GARDEN et al,

    Defendant.
_____ /

Case Number: CV10-00324 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelly M. Marsh
2381 Westbury Ct.
Tracy, CA 95376

Dated: February 5, 2010

    Richard W. Wieking, Clerk

    By: LISA R CLARK, Deputy Clerk